IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME W. KOBISHOP,

                Plaintiff,              JUDGMENT IN A CIVIL CASE

v.                             13-cv-363-bbc

MIKE PERRY,

                Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Jerome W. Kobishop leave to proceed and dismissing this case for failure to state a claim upon which relief may be granted.

| /s/ | 7/26/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |